FRIEDMAN, JAMES & BUCHSBAUM LLP
John P. James, Esq. (JJ-8110)
Andrew V. Buchsbaum, Esq. (AB-6475)
Attorneys for Plaintiff
15 Maiden Lane, Suite 1202
New York, NY  10038
(212) 233-9385

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x   Civil Action No:
BRENDAN HEALY,
:
        Plaintiff,
:   **COMPLAINT**
  -against-
:   **SEAMAN'S CASE UNDER**
CITY OF NEW YORK,   **THE JONES ACT FOR**
:   **PERSONAL INJURIES**
        Defendant.
-------------------------------------------------------x

**SUITS UNDER SPECIAL RULE FOR SEAMEN TO SUE WITHOUT SECURITY OR PREPAYMENT OF FEES FOR THE ENFORCEMENT OF THE LAWS OF THE UNITED STATES, COMMON AND STATUTORY FOR THE PROTECTION OF AND FOR THE HEALTH AND SAFETY OF SEAMEN AT SEA**

Plaintiff BRENDAN HEALY, complaining of defendant CITY OF NEW YORK, by his attorneys FRIEDMAN, JAMES & BUCHSBAUM LLP, respectfully alleges as follows:

**Preliminary Statement:**

1.    This action involves yet another serious back injury sustained by a seaman/member of the NYPD Harbor Unit while retrieving a body from the navigable waters of New York City onto an NYPD Launch.  Despite multiple prior and subsequent similar incidents, defendant has failed to modify practices, procedures and equipment to avoid these

injuries.

**Jurisdiction and Venue:**

2. This Court has jurisdiction pursuant to the Jones Act, 46 U.S.C. §§ 30104 et seq. (formerly codified at 46 U.S.C.A. § 688).

3. Venue is proper in this District pursuant to the Jones Act, 46 U.S.C. § 30104, as incorporating 45 U.S.C. § 56, in that defendant is doing business within this District.

**Parties:**

4. At all relevant times, plaintiff BRENDAN HEALY was a police officer employed by defendant and a member of the NYPD Harbor Unit.

5. At all relevant times, defendant CITY OF NEW YORK was a municipal corporation with offices within the State and City of New York.

**FIRST COUNT**
**(Jones Act/Unseaworthiness)**

6. Plaintiff repeats and reiterates each and every allegation contained in paragraphs 1 thru 5 of this Complaint as if set forth at length herein.

7. At all times and dates hereinafter mentioned, defendant CITY OF NEW YORK owned LAUNCH 315.

8. At all times hereinafter mentioned, defendant CITY OF NEW YORK operated LAUNCH 315.

9. At all the times and dates hereinafter mentioned, defendant CITY OF NEW YORK controlled LAUNCH 315.

10. At all times and dates hereinafter mentioned, the plaintiff was a seaman and member of the crew of LAUNCH 315.

11. That on or about April 25, 2020, without any fault on the part of the plaintiff, and wholly and solely by reason of the negligence, recklessness and carelessness of the defendant CITY OF NEW YORK, its agents, servants and/or employees, and by reason of the unseaworthiness of its vessel LAUNCH 315, the plaintiff was caused to sustain severe and permanent injuries while retrieving an individual who was in navigable waters of the City of New York.

12. Said injuries as aforesaid include, but are not limited to, injuries to plaintiff's lumbar spine, requiring lumbar fusion surgery at L3-4 and L4-5 performed June 3, 2021 at The Hospital for Special Surgery.

13. As a result of the foregoing, the plaintiff was rendered sick, sore, lame and disabled and sustained severe and permanent personal injuries, was and is internally and externally disabled causing him to suffer pain, and for a time he was prevented from attending to his daily labors, thereby losing sums of money which he otherwise would have earned as wages and benefits, and has endeavored to be cured of his injuries, and has expended sums of money to maintain himself, and will continue to endure pain and suffering, all to his damage.

14. By reason of the foregoing, plaintiff has been damaged in the sum of EIGHT MILLION ($8,000,000.00) DOLLARS.

## SECOND COUNT
### (maintenance and cure)

15. Plaintiff repeats and realleges each and every allegation contained in the First Count of this Complaint as if fully set forth at length herein.

16. Plaintiff is entitled to maintenance, cure, and medical expenses for the period that he was disabled and unable to work in the total sum of FIVE HUNDRED THOUSAND ($500,000.00) DOLLARS.

**WHEREFORE**, plaintiff BRENDAN HEALY demands judgment against defendant CITY OF NEW YORK in the First Count in the sum of EIGHT MILLION ($8,000,000.00) DOLLARS; and against defendant CITY OF NEW YORK in the Second Count in the sum of FIVE HUNDRED THOUSAND ($500,000.00) DOLLARS; together with interest and costs.

Dated: New York, New York
April 5, 2023

FRIEDMAN, JAMES & BUCHSBAUM LLP
Attorneys for Plaintiff

By:

s/ *Andrew V. Buchsbaum*
Andrew V. Buchsbaum
15 Maiden Lane,, Suite 1202
New York, NY  10038
(212) 233-9385