UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

BRENDAN HEALY,

                        Plaintiff,

          -against-

CITY OF NEW YORK,

                      Defendant.

-------------------------------------------------------X

**ENDORSED ORDER**

**23-cv-02604-RER-PK**

**City File No: 2023-029334**

**STIPULATION OF
DISMISSAL**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for the parties in the captioned action that, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the captioned action having been settled, it be and hereby is dismissed with prejudice and without costs to any party.

FRIEDMAN, JAMES & BUCHSBAUM LLP
*Attorneys for Plaintiff*

By: /s/ Andrew V. Buchsbaum
       Andrew V. Buchsbaum, Esq.
15 Maiden Lane, Suite 1202
New York, NY 10038
(212) 233-9385

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel, City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, NY 10007
(212) 356-7154

By: /s/ David DePugh
       David DePugh, Esq.
       Senior Counsel

SO ORDERED: ___/s/ Ramón E. Reyes, Jr._____, U.S.D.J.

Dated: 4/22/2024

The Clerk of the Court is directed to close this case.